AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>STEVEN VU<br><br>*Defendant(s)* | Case No.<br><br>3 19 70349 JCS |

**FILED**
MAR -6 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 5, 2019__ in the county of __Santa Clara__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached affidavit of DEA Special Agent Jay J. Anderson.

☑ Continued on the attached sheet.

Approved as to form _/s/_
AUSA Sailaja H. Paidipaty

_/s/_
*Complainant's signature*

Jay J. Anderson, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/06/2019__

_/s/_
*Judge's signature*

City and state: __San Francisco, California__    Hon. Joseph C. Spero, Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jay J. Anderson, being duly sworn, hereby state as follows:

1. I am a Special Agent with the DEA and have been so employed since August 2010. I am currently assigned to the HSI Transnational Narcotics Team as a Task Force Officer in San Francisco, CA. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. This affidavit is made in support of an application for a criminal complaint against STEVEN VU, date of birth ▮▮▮▮▮▮, for Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C). In particular, as set forth in further paragraphs below, there is probable cause to believe that on March 5, 2019, in the Northern District of California, VU possessed pills of MDMA (ecstasy) with the intent to sell them to another individual

3. Prior to becoming a Special Agent, I received formalized training at the DEA Basic Agent Training Academy in Quantico, Virginia. This five-month training academy included instruction in the investigation of federal drug violations, including, but not limited to Title 21, United States Code Sections 841 and 846. Additionally, this training included several hundred hours of comprehensive, formalized instruction in, but not limited to, narcotics investigations, drug identification, detection, interdiction, financial investigations and money laundering, identification and seizure of drug-related assets, undercover operations, and electronic and physical surveillance procedures.

4. During the course of my employment as a DEA Special Agent, I have participated in over 75 narcotics investigations either as a case agent or in a supporting role. I have debriefed defendants, confidential sources, and witnesses who had personal knowledge regarding narcotics trafficking organizations. I also have participated in many aspects of drug investigations

including, but not limited to, undercover operations, telephone toll analysis, records research, and physical and electronic surveillance. I have assisted in court-ordered wiretap investigations, and I have participated in the execution of numerous federal and state narcotics search and arrest warrants that resulted in the arrest of suspects and seizure of narcotics and firearms. In addition, I have attended seminars and courses on money laundering and advanced financial and internet investigations related to drug trafficking.

5. I have initiated and participated in over 20 Organized Crime Drug Enforcement Task Force (OCDETF) investigations. The OCDETF program is part of the United States Attorney General's strategy to reduce the availability of drugs by disrupting major trafficking organizations through joint collaborations across agencies. I have monitored, supervised, conducted surveillance, or otherwise participated in numerous investigations that utilized electronic and/or wire interceptions. I have participated in writing, editing, and reviewing federal affidavits made in support of wire and electronic interceptions. Also, I have become familiar with narcotics traffickers' methods of operation, including, but not limited to, the manufacturing, distribution, storage, and transportation of narcotics, and the methods used by drug traffickers to collect, transport, safeguard, remit, and/or launder drug proceeds

6. The facts and information set forth in this affidavit are based on my personal observations, my training and experience, and, as specifically attributed below, information obtained from law enforcement officers and witnesses. To the extent that any information in the affidavit is not within my personal knowledge, it has been made available to me through reliable law enforcement sources, and I believe such information to be true. This affidavit is made for the sole purpose of demonstrating probable cause for the issuance of the requested complaint and does not purport to set forth all my knowledge of, or investigation into, this matter. In addition, where I report information I learned from others or from reviewing documents and reports prepared by others, such information is recounted in sum and substance and in relevant part.

## APPLICABLE STATUTES

7. Tile 21 United States Code, Section 841(a)(1) provides: "...it shall be unlawful for any person knowingly or intentionally to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance..."

8. Tile 21 of the Code of Federal Regulations, Section 1308.11 lists MDMA (3,4-methylenedioxymethamphetamine) as Schedule I controlled substances.

## STATEMENT OF PROBABLE CAUSE

9. Through my training and experience, I am aware that pursuant to 19 U.S.C. § 1499, officials with the United States Customs and Border Protection (CBP) may search and inspect merchandise arriving from outside the United States without a warrant, probable cause, or individualized suspicion. Also pursuant to 19 U.S.C. § 1499, CBP officials may detain and/or seize any item deemed to be contraband. I am also aware that CBP, and the United States Department of Homeland Security (HSI) conduct joint investigations and coordinate with international partners and customs officials.

10. On or about February 19, 2019, German Customs Officials seized four parcels, each containing 6.7 kilograms of suspected MDMA at the DHL mail hub in Rodgau, Germany. One of the four parcels was destined for San Francisco. On the shipping label, the sender described the contents to be "Body Mass Nutrition Whey Protein, Pro Dynamics Pure Whey, and Ku Vitamin C caps." The face of the parcel listed the following recipient's information:



CA ▮▮▮ San Francisco
UNITED STATES

11. Inside the parcel, the Zollfahndungsamt (ZFA)/Customs Investigation Service at the Frankfurt International Airport located 12 bottles labeled as vitamin C each of which

3

contained 1,250 units of MDMA in pill form for a total of approximately 15,000 pills of MDMA. ZFA officers utilized a Drug Wipe 2A Securetec test kit that showed a presumptive positive hit for the presence of Amphetamine, Methamphetamine, and/or MDMA/Ecstasy (methylenedioxymethamphetamine, a Schedule I controlled substance).

12. The package addressed to San Francisco was forwarded to the Transnational Narcotics Team within HSI, San Francisco for further investigation. Law enforcement conducted additional investigation into the intended recipient and the recipient mailbox located at XM Global Express, a private company (████████████████), and determined the following:

a. Based on information provided by the owner of XM Global Express, law enforcement determined that the mailbox was opened on November 28, 2018, and is valid until November 28, 2019.

b. On an application to open the mailbox, the owner of ████████ (the package was sent to ████████) supplied the following personal information to XM Global Express: ████████, with a date of birth ████████, residing at ████████████, San Francisco, CA; Ohio DL # ████████, Geico Insurance VIN: ████████████, and a telephone number of ████████. XM Global Express maintained a photocopy of the driver's license that was used to open the P.O. Box. The photocopy was reviewed by law enforcement. Check through law enforcement databases revealed that no individual with the above identifiers exists. Based on my training and experience, I believe the individual receiving the package opened the mailbox with false information to hide his criminal activity.

13. On March 5, 2019, agents conducted surveillance at XM Global Express, 3931 Alemany Boulevard, San Francisco, CA in an attempt to identify the recipient of the parcel. At approximately 4:07 p.m., agents observed an Asian male (later identified as Steven VU), walking from the XM Global Xpress Store with the parcel. Agents placed two orange delivery stickers on the sides of the package in an effort to visually identify it. VU walked out of the parking lot and entered nearby vehicle. Law enforcement determined that the registered owner of the

4

vehicle is Steven VU.

14. At approximately 6:12 p.m., VU arrived at a residence in San Jose, California. Agents subsequently removed VU for his car and detained him. Inside of the car agents observed a parcel sitting on the front seat which was earlier observed by agents at XM Global Xpress for ▓▓▓▓. While obtaining biographical information from VU, he told agents that he resided in unit 1204.

15. At approximately 10:30 p.m., the Honorable Joseph C. Spero authorized the search of VU's residence and vehicle. Agents immediately executed the warrant. During the resulting search, the agents seized the following:

 a. A safe containing approximately $20,000 in U.S. Currency under a bathroom sink;

 b. Three bags of suspected MDMA pills inside a duffel bag (approximately 2000 pills), most of which are orange in color and marked with a "Tesla" emblem, some of which are pink and reflect markings similar to the MDMA pills contained in the parcel sent from Germany;

 c. Multiple Geico Insurance cards with different names, which law enforcement believes were used as a second form of identification in connection with renting P.O Boxes. The insurance cards appeared to be fraudulent and printed on a nearby printer located in the residence;

 d. A vacuum sealed bag containing approximately 1,500 suspected MDMA pills that was found inside a puzzle box on top of the kitchen stove;

 e. Four whey protein bottles with foreign-language markings on the exterior. One bottle appeared to reflect the same manufacturer as the bottles found in the seized parcel from Germany;

 f. Pay and owe sheets;

 g. Seven fraudulent identification cards with a photo of VU under different names and from different states;

5

h.  Packaging material which is consistent with the distribution of narcotics;

i.  An undetermined amount of U.S. currency which was found in a backpack inside VU's vehicle.

16.  Presumptive testing on the pink pills seized from the duffel bag underneath the sink reflected a positive hit for the presence of Amphetamine, Methamphetamine, and/or MDMA/Ecstasy (methylenedioxymethamphetamine, a Schedule I controlled substance).

17.  Based on my training and experience both the quantity of MDMA pills shipped from Germany to San Francisco, and the amount found in VU's residence, are distribution quantities of MDMA. Additionally, the fraudulent identification cards, fraudulent Geico insurance cards, bulk U.S currency, and narcotics packaging material indicate that VU is involved in the possession and distribution of MDMA and uses the United States Postal Service to send and/or receive narcotics. It is also my belief that VU uses false identification in an effort to thwart law enforcement and conceal his true identity.

## CONCLUSION

18.  Based upon VU's receipt of the parcel, the additional , there is probable cause to believe that on March 5, 2019, in the Northern District of California, STEVEN VU committed the crime of Possession with Intent to Distribute Controlled Substances, to wit, MDMA, in violation of 21 U.S.C. 841(a)(1), (b)(1)(C).

Dated: 3/6/2019

JAY J. ANDERSON
Special Agent
Drug Enforcement Administration

Subscribed to and sworn to before me this 6th day of March, 2019

HON. JOSEPH C. SPERO
Chief United States Magistrate Judge