NELSON MCELMURRY, SBN 236079
37 E. HEDDING ST,
SAN JOSE, CA  95112
TELEPHONE:  (408) 292-2844

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>STEVEN VU,<br><br>　　　Defendants. | CASE NO: 19-CR-00130-001-VC<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

I.　**INTRODUCTION**

　　　Appearing before the court is 34 year old Steven Vu.  Mr. Vu stands before the court having pled guilty to possession with intent to distribute a controlled substance, to wit, MDMA.  Mr. Vu, like so many that stand before our courts, found himself in a desperate, depressed, and emotionally weakened state when he made the terrible choice to get involved with MDMA.  Mr. Vu cannot and has not tried to justify his behavior.  However, this short period of time that encapsulated this behavior does not define nor tell the story of who Mr. Vu truly is and we now try to provide context and background to assist the court at this time of sentencing.

## II. OFFENSE CONDUCT AND GUIDELINE RANGE

With the exception of the plea agreement calling for a base offense level of 32 and probation calculating a base offense level of 34, Mr. Vu doesn't disagree with the recitation of facts as laid out by probation. As elaborated on in the safety valve proffer, Mr. Vu first began his venture into MDMA sales in late 2018. Mr. Vu came in a total of three times to proffer. His initial proffer was admittedly dishonest. Mr. Vu had a panic attack as the meeting began and although counseled at length as to what to expect and what the consequences or lack thereof would be, he could not handle the pressure associated with two DEA agents and an AUSA questioning him and out of fear, concocted a relatively simplistic but nonetheless dishonest story as to what happened. In short, he claimed to have bought the MDMA off the dark web which wasn't at all true. Unfortunately, his imagination as to what could happen to him both legally and on the street created a tremendous amount of fear and triggered a panic attack. To his credit, we requested a follow up proffer to tell the truth and to the government's credit, they obliged.

At the second proffer, Mr. Vu started by stating that he lied at the first meeting out of fear and proceeded to tell the truth. Mr. Vu had fallen on hard times emotionally and financially and without work, ventured into the field of vape pens. Through his business dealings there, he was introduced to a man he referred to as "g". G offered Mr. Vu the opportunity to make more money. Without initially knowing the details, Mr. Vu agreed to pick up a package for G at a local mail box rental location and would later deliver the pills at G's direction. Mr. Vu picked up a total of three shipments at G's direction over the course of say 4 months give or take. The

process was that G would set Mr. Vu up with fake identification in order to allow him to pick up these packages at mail boxes opened under fake names.  G would email Mr. Vu any necessary documentation such as insurance cards and he would print them out at home.  Mr. Vu would then take amounts specified by G to local houses or individuals.  Mr. Vu was involved primarily with pickup and delivery.  However, when Mr. Vu wasn't getting paid by G, he was allowed to keep some of the pills to sell himself and after recruiting a friend to help, the friend was able to sell l,000 pills on one occasion.  Other than that, Mr. Vu was not a regular seller.  It's possible he could have been more of a regular seller but for the arrest.  The other reality was that his real focus was vape pens and he had what he thought was a legitimate business structure in place. He never really knew why he got into MDMA or why he did it but he really just wanted to focus on vape pens.  It was likely that the MDMA interest would have waned greatly even if not arrested.  It just didn't make sense for him or to him.

The plea agreement calls for a base offense level of 32.  Subtracting 3 points for early acceptance of responsibility and 2 points for the safety valve proffer, his adjusted offense level should be 27 which would be 70-87 months.

### III.     MR. VU RESPECTFULLY ASKS THE COURT TO CONSIDER A DEPARTURE BELOW THE RECCOMENDED GUIDELINES

On the surface, Mr. Vu appears to be a significant player in the illegal narcotics industry.  A closer looks shows quite the opposite.  Mr. Vu was primarily raised by his grandmother as he tells me that his parents had him at a young age and were relatively nonexistent in his life in terms of support and guidance.  After graduating high school and searching a bit to find himself, he ended up working at a furniture

company.  Over the course of 7 years, he earned his way to the General Manager role.  He worked hard and earned his promotion.  Life was great. He was living in Modesto for about 10 years as he climbed the ladder, he was married, and he had a home.  The home belonged to his grandmother but was in foreclosure and through his hard work, he was able to save the home and live in it.  And then out of nowhere, his life changed.  Starting in about December 2017 through April 2018, his world fell apart.  His wife left him.  In doing so, she drained his accounts and he had nothing. His grandmother passed away and she had effectively raised him.  And to top it off, he lost his job. He lost everything including his will to go on. He lost his house and moved back to the bay area.  He was in a deep depression as he no longer had his emotional support people in place and had nowhere to live.  He bounced from house to house as he searched for a job. His parents kind of made their way back into his life at that point but for all intents and purposes, he was alone, broke, homeless, and lost. From that emotional and financial albatross, he was introduced into vape pens and although not his dream job, he saw a way to get back on his feet.  And through the vape pen industry he ended up meeting G.

     Many Americans go through hard times when life pulls the rug out from under them.  Mr. Vu never thought it would happen to him.  I can only imagine losing so much in so little time.  I honestly don't know what I would do.  This isn't meant to excuse his conduct.  It was wrong and he knows it.  But to ignore his hardships would be to ignore a lot of perspective into who he really is.  He is not a gang member or career drug dealer.   Out of depression grew a mentality of survival.  Out of survival grew a mentality of risk taking.  However, the Steven Vu I have come to know is a

caring, compassionate, and thoughtful man.  He is a hard worker who has been looking for work even as his incarceration date nears.  He knows he's going to prison.  All he can do is keep a positive outlook and attitude.  All he would ask the court to do is give whatever consideration your honor deems appropriate to his personal circumstances and overall life of hard work and integrity.  Our darkest hours don't define us and he has no intention of letting this case define him either.  All he can do is put his head down and work hard and look forward, the way he always had until that dreadful 6 month window.

## CONCLUSION

    For the foregoing reasons, the defendant asks the court to consider a term of imprisonment lower than the recommended guideline range.

Dated:  February 19, 2020

                                /s/ Nelson McElmurry
                                NELSON MCELMURRY
                                Attorney for Defendant